AO 91 (Rev. 02/09) Criminal Complaint          Felony

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
AUG 2 8 2014
David J. Bradley, Clerk of Court

United States of America
v.

Hugo ROSALES-Rodriguez

Defendant

Case No. B-14-mJ-798

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of __August 27, 2014__ in the county of __Cameron__ in the __Southern__ District of __Texas__, the defendant violated __21__ U.S.C. § __841 and 846__,

an offense described as follows:
Knowingly and intentionally possess with the intent to distribute approximately 14.04 kilograms of cocaine, a Schedule II, Title II, of the Controlled Substance Act. Furthermore, the defendant did knowingly and intentionally conspire and agree with persons known and unknown to unlawfully possess with intent to distribute approximately 14.04 kilograms of cocaine, a Schedule II, Title II, of the Controlled Substance Act,

This criminal complaint is based on these facts:
On August 27, 2014, Hugo ROSALES-Rodriguez, attempted entry into the United States from Mexico at the Gateway Port of Entry in Brownsville, Texas in a 2011 Honda Civic. At Customs and Border Protection primary inspection, ROSALES gave a negative declaration for any contraband and was admitted into the U.S.. Customs and Border Protection Officers assigned to secondary inspection selected ROSALES and his vehicle for a last chance inspection before ROSALES departed the port of entry. Upon further inspection, thirteen (13) packages were found concealed in the vehicle's firewall area. The thirteen (13) packages, contained a white powdery substance which field-tested positive for cocaine and weighed appoximately 14.04 kilograms.

☐ Continued on the attached sheet.

_Complainant's signature_
Oscar Lara, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: August 28, 2014

_Judge's signature_

City and state: Brownsville, Texas

Ronald G. Morgan, U.S. Magistrate Judge
Printed name and title